UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE T. TAYLOR,

    Plaintiff,                 No. C 14-0411 PJH

    v.                       **ORDER**

GOLDEN GATE FIELDS, et al.,

    Defendants.

_____/

    The court is in receipt of a letter from plaintiff Tyrone T. Taylor, requesting that copies of past and future orders be emailed to him, and also apparently requesting information or clarification regarding the status of the action.

    The request for email service is GRANTED in part and DENIED in part. The court will serve plaintiff by email with a copy of this order and copies of any future orders, but is unable to do so with regard to copies of past orders, which have already been mailed in paper format via U.S. Mail to plaintiff's address of record. In addition, the court serves copies of orders by only one method. Thus, no further paper copies will be mailed to plaintiff.

    As for the status of the action, the court issued an order on February 18, 2014, denying plaintiff's motion for recusal; and issued an order on February 19, 2014, dismissing the complaint pursuant to 28 U.S.C. § 1915, for failure to state a claim, and vacating the previously-issued order directing service by the U.S. Marshall, and also denying plaintiff's motion for a temporary restraining order and plaintiff's motion to compel discovery. The court dismissed one defendant – the California Horse Racing Board – with prejudice, and dismissed the remainder of the complaint with leave to amend.

On March 20, 2014, plaintiff filed the first amended complaint ("FAC") and also filed five notices of appeal as to the various rulings made by the court. On April 4, 2014, the Ninth Circuit issued an order finding that the only ruling that was now appealable was the order denying preliminary injunctive relief, and setting an April 17, 2014 deadline for plaintiff to file the opening brief. Plaintiff filed the opening brief on April 18, 2014.

As of the date of this order, there is no indication on the docket that the Ninth Circuit has taken any action with regard to plaintiff's appeal. Until the Ninth Circuit issues an order, this court will not conduct a further § 1915 review of the FAC. Thus, the case remains open and the FAC is the currently operative complaint. Once the court has conducted the further § 1915 review, it will order issuance of the summons and service by the U.S. Marshall if it finds that the FAC states a claim. The court will dismiss the FAC if it finds that it does not state a claim, and leave to amend will be granted only if it appears that any deficiencies can be cured by amendment.

**IT IS SO ORDERED.**

Dated: April 24, 2014

PHYLLIS J. HAMILTON
United States District Judge